# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Clifton Earl Wagner Smith , | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:12-cv-356 and 1:07-cr-32-5- MR |
| | ) | (2255) |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 28, 2013 Memorandum of Decision and Order.

October 28, 2013

Frank G. Johns, Clerk
United States District Court